UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA McPHERSON,

                Plaintiff,                  Case Number 20-13152

v.                                            Honorable David M. Lawson

SUBURBAN ANN ARBOR, LLC,

                Defendants.

_____/

## VERDICT FORM

    We, the jury, unanimously answer the questions submitted as follows:

ITEM NO. 1, LIABILITY

    A.    On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for violation of the Truth In Lending Act, we the jury find in favor of:

        _____    Plaintiff Tina McPherson
        __✓__    Defendant Suburban Ann Arbor LLC

    B.    On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for violation of the Fair Credit Reporting Act, we the jury find in favor of:

        __✓__    Plaintiff Tina McPherson
        _____    Defendant Suburban Ann Arbor LLC

    C.    On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for violation of the Equal Credit Opportunity Act, we the jury find in favor of:

        __✓__    Plaintiff Tina McPherson
        _____    Defendant Suburban Ann Arbor LLC

    D.    On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for violation of the Michigan Regulation of Collection Practices Act, we the jury find in favor of:

        __✓__    Plaintiff Tina McPherson
        _____    Defendant Suburban Ann Arbor LLC

If you found for the plaintiff on this claim in item D, was the defendant's conduct willful?

    ✓   Yes.

    \_\_\_\_   No.

E.      On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for violation of the Michigan Motor Vehicle Sales Finance Act, we the jury find in favor of:

    ✓   Plaintiff Tina McPherson

    \_\_\_\_   Defendant Suburban Ann Arbor LLC

F.      On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for violation of the Michigan Credit Reform Act, we the jury find in favor of:

    ✓   Plaintiff Tina McPherson

    \_\_\_\_   Defendant Suburban Ann Arbor LLC

G.      On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for violation of the Uniform Commercial Code, we the jury find in favor of:

    ✓   Plaintiff Tina McPherson

    \_\_\_\_   Defendant Suburban Ann Arbor LLC

H.      On the claim by Tina McPherson against defendant Suburban Ann Arbor LLC for conversion, we the jury find in favor of:

    ✓   Plaintiff Tina McPherson

    \_\_\_\_   Defendant Suburban Ann Arbor LLC

(continue to next page)

Case 2:20-cv-13152-DML-DRG ECF No. 150, PageID.3026 Filed 11/03/23 Page 3 of 3

**If you found for the plaintiff against the defendant on any of items A through H in Item 1, continue on to Item No. 2. and Item No. 3. If you find for the defendant on all items above, stop.**

ITEM NO. 2, COMPENSATORY DAMAGES:

     A.   We find that the plaintiff, Tina McPherson:

       ✓       suffered damages and award compensatory damages in the amount of $ _15,000_ .

   — OR —

      ____       suffered no actual damages.

     B.   If you found for the plaintiff under item H, above (conversion), answer the following question:

       We find that the value of the converted property is $ _23,000_ .

ITEM NO. 3, PUNITIVE DAMAGES:

**You may not award punitive damages against the defendant unless you have first found the defendant liable in Item No. 1, parts B, or C. Actual damages are not necessary for you to assess punitive damages.**

       ✓       We assess punitive damages against defendant Suburban Ann Arbor LLC as follows: $ _350,000_ .

   — OR —

      ____       We do not assess punitive damages.

                       s/ Jury Foreperson
                       In compliance with the Privacy Policy adopted
                       by the Judicial Conference, the verdict form
                       with the original signature has been filed
                       under seal.

Dated: November 3rd, 2023