UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA MCPHERSON,

        Plaintiff,                                   Case Number 20-13152

v.                                           Honorable David M. Lawson

SUBURBAN ANN ARBOR, LLC,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the jury verdict returned on November 3, 2023 and the order awarding damages and prejudgment interest entered on this date, it is **ORDERED AND ADJUDGED** that the plaintiff shall recover from the defendant actual damages in the amount of $38,000, punitive damages in the amount of $350,000, and prejudgment interest in the amount of $6,433.75, for a total judgment in the amount of $394,433.75.

                                                                          s/David M. Lawson
                                                                          DAVID M. LAWSON
                                                                          United States District Judge

Dated: February 28, 2024